NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YANKEE ATOMIC ELECTRIC COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

------------------------------------------------

**MAINE YANKEE ATOMIC POWER COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

------------------------------------------------

**CONNECTICUT YANKEE ATOMIC POWER COMPANY,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

------------------------------------------------

---

2011-5020, -5021, -5022, -5027, -5028, -5029

---

Appeals from the United States Court of Federal Claims in case nos. 98-CV-126, 98-CV-474, 98-CV-154, Senior Judge James F. Merow.

---

## ON MOTION

---

## O R D E R

The United States moves for a 19-day extension of time, until May 25, 2011, to file its reply brief. The cross-appellants oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

 

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Catherine E. Stetson, Esq.
     Howard D. Lester, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK